1912.) Action by Villi Tobl against Vaclav Nemecek and others. No opinion. Motion denied, with $10 costs. Order filed.

TODD v. PRATT. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Jean B. Todd against Frederick B. Pratt. No opinion. Motion denied, on the ground that the plaintiff has a right to appeal without leave. Order filed. See, also, 133 N. Y. Supp. 949.

TOMMASULO et al. v. DI LEO et al. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Anthony Tommasulo and another, as executors, etc., and another, against Leonardo Di Leo and others. No opinion. Judgment affirmed, with costs.

TRACEY, Respondent, v. HEDDEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John J. Tracey against the Hedden Construction Company. No opinion. Motion denied, with $10 costs. See, also, 134 N. Y. Supp. 114.

TRACEY, Respondent, v. OLIVER & BURR, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Edward Tracey against Oliver & Burr. T. H. Lord, for appellant. S. B. Stiles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TRIEBER, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Sarah J. Trieber, as executrix, etc., against the New York & Queens County Railway Company. No opinion. Motions denied, without costs. See, also, 134 N. Y. Supp. 267.

TYNDALL v. PINELAWN CEMETERY (two cases). (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 134 N. Y. Supp. 1148.

UNIVERSAL TALKING MACH. MFG. CO., Appellant, v. LANDAY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Universal Talking Machine Manufacturing Company against Max Landay and another. G. Lange, Jr., for appellant. H. H. Maass, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

UNTERBERG v. ELDER. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Israel Unterberg against Robert H. Elder. No opinion. Motion granted. Order filed. See, also, 134 N. Y. Supp. 242.

In re VACHERON. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of Eugene F. Vacheron. No opinion. Respondent disbarred. Settle order on notice. See, also, 134 N. Y. Supp. 1149.

VAN ALSTINE, Respondent, v. BURT, Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by Philip Van Alstine against Gertrude Burt. No opinion. Motion for stay until after the determination of the appeal of this action granted, without costs. See, also, 135 N. Y. Supp. 779.

VAN SLOCHEM, Respondent, v. VILLARD, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Herman Van Slochem against Harold C. Villard, appearing specially, etc., impleaded with others. A. I. Elkus, for appellant. H. L. Scheuerman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN ZUILEN, Respondent, v. MANN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Clara M. Van Zuilen against Frank Mann, as Second Deputy Tenement House Commissioner of the City of New York. No opinion. Judgment affirmed, with costs.

VERMONT TRADING CO. v. BENNETT. GOLDSTEIN v. MENDELSOHN. HARDENBROOK v. QUACKENBUSH. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Actions by the Vermont Trading Company against Josephine S. Bennett, by Samuel Goldstein against Herman T. Mendelsohn, and by Frank M. Hardenbrook against Jas. L. Quackenbush. No opinions. Motions granted, unless appellant complies with terms stated in order. Order filed.

In re VERNON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) In the matter of acquiring title by the City of New York to certain lands, etc., on the easterly side of Vernon Avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements.

VICLE et al., Respondents, v. McLEAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Platt B. Vicle and another against Hector McLean and another. No opinion. Interlocutory judgment affirmed, with costs.